No. 1074. SEILECI *v.* NEW YORK. March 31, 1947. Petition for writ of certiorari to the Supreme Court, Appellate Division, of New York, denied.

No. 1099. HAYES *v.* NEW YORK. March 31, 1947. Petition for writ of certiorari to the County Court of Kings County, New York, denied.

No. 1102. TERWILLIGER *v.* NEW YORK. March 31, 1947. Petition for writ of certiorari to the County Court of Tioga County, New York, denied.

No. 1114. McGREGOR *v.* ILLINOIS. March 31, 1947. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 1115. WILLIAMS *v.* RAGEN, WARDEN. March 31, 1947. Petition for writ of certiorari to the Circuit Court of Will County, Illinois, denied.

No. 1129. HAUPRIS *v.* ILLINOIS. March 31, 1947. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 1130. CROWLEY *v.* RAGEN, WARDEN; and
No. 1131. GAWRON *v.* RAGEN, WARDEN. March 31, 1947. Petitions for writs of certiorari to the Criminal Court of Cook County, Illinois, denied.

No. 1136. WOODS *v.* ILLINOIS. March 31, 1947. Petition for writ of certiorari to the Supreme Court of Illinois denied.